# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Bonnie Olivares | § | |
| | § | CIVIL NO: |
| vs. | § | AU:18-CV-00892-RP |
| | § | |
| Luling Care Nursing Operations, L.L.C., LULING CARE CENTER EMPLOYEE SAFETY PROGRAM BENEFIT PLAN, Employment Risk Systems, Inc., Luling Care Center Nursing Operations, L.L.C. | § | |

## ORDER CANCELLING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **BENCH TRIAL** on **Monday, June 07, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 10th day of May, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE